[No. 42906-3-II.   Division Two.   July 16, 2013.]

ROBERT ROSS, *Respondent*, v. TONI HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 07-2-00002-9, Michael J. Sullivan, J., entered December 12, 2011. *Reversed* and *remanded* by unpublished opinion per Tollefson, J. Pro Tem., concurred in by Worswick, C.J., and Johanson, J.

[No. 42996-9-II.   Division Two.   July 16, 2013.]

*In the Matter of the Marriage of* SCOTT E. CRUMP, *Appellant*, and MARIA R. CRUMP, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-3-00985-7, Paula Casey, J., entered December 27, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Johanson, J., and McCarthy, J. Pro Tem.

[No. 43618-3-II.   Division Two.   July 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03588-5, Brian M. Tollefson, J., entered June 14, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 30219-9-III.   Division Three.   July 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER M. FOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-1-00054-0, Scott R. Sparks, J., entered September 9, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.